AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York  ▾

| | |
|---|---|
| NEW MILLENNIUM CONCEPTS LTD., JAMES BRYSON SHEPHERD TRUST, and THE TRUSTEES OF THE JAMES BRYSON TRUST<br><br>*Plaintiff(s)*<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:26-cv-05057<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher Tom
> BOIES SCHILLER FLEXNER LLP
> 55 Hudson Yards
> New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Tammi M. Hellwig
CLERK OF COURT

Date:  JUL 0 2 2026          _____
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-05057

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to Complaint

was received by me on *(date)*    July 2, 2026    .

❐ I personally served the summons on the individual at *(place)*

on *(date)*    ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*    ; or

❐ I returned the summons unexecuted because    ; or

☑ Other *(specify):*
On July 8, 2026, I sent an e-mail to the e-mail addresses provided by the third-party marketplace platforms for the Defendants identified in Schedule A to the Complaint, (1) attaching copies of the Complaint, Summons, Order to Show Cause for Preliminary Injunction, and Temporary Restraining Order ("TRO"), and Order extending the TRO and (2) providing a link to a website containing the aforementioned pleadings, pursuant to the methods of service authorized by the TRO.

My fees are $    for travel and $    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    July 9, 2026

/s/ *Christopher Tom*
*Server's signature*

Christopher Tom, Plaintiffs' Attorney
*Printed name and title*

55 Hudson Yards
New York, NY 10001

*Server's address*

Additional information regarding attempted service, etc: